UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Samuel G. Zean,                                          Court File No: 05-2051 (PAM/JJG)

                Plaintiff,

vs.                                                        **ORDER FOR DISMISSAL**
                                                              **WITH PREJUDICE**

Beacon Community Services,
                Defendant.
_____

Upon application and pursuant to the parties' stipulation, it is:

ORDERED:

1.      All claims are hereby dismissed with prejudice and on the merits and without costs.


LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this __7th__ day of __April__, 2006.

                                                      s/Paul A. Magnuson
                                                      Paul A. Magnuson, Judge
                                                      United States District Court